## FORTUNE v. STATE.

No. 25685.

Court of Criminal Appeals of Texas.
Jan. 30, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully driving a motor vehicle upon a public highway while under the influence of intoxicating liquor. The penalty assessed is a fine of $50.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.

## WELLS v. STATE.

No. 25686.

Court of Criminal Appeals of Texas.
Jan. 30, 1952.

No attorney for appellant.

James Pearson, County Atty., Sweetwater, George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the sale of intoxicating liquor in a dry area; the punishment, a fine of $350.

The evidence is sufficient to support the conviction. No bills of exception appear in the record.

The judgment of the trial court is affirmed.